UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIN SHANE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:24-cv-01790-DC-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 12, 15, 16) |

Plaintiff Laurin Shane Davis, proceeding with counsel, brings this action seeking judicial review of the Commissioner of Social Security's final decision denying Plaintiff's application for benefits under the Social Security Act. (Doc. No. 1). The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2025, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 16.) Neither party has filed objections to the findings and recommendations, and the time in which to do so has now passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed on September 29, 2025 (Doc. No. 16) are
3       ADOPTED IN FULL;
4   2.  Plaintiff's motion for summary judgment (Doc. No. 12) is GRANTED;
5   3.  Defendant's cross-motion for summary judgment (Doc. No. 15) is DENIED;
6   4.  This matter is REMANDED to the Commissioner for further proceedings
7       consistent with the findings and recommendations issued on September 29, 2025
8       (Doc. No. 16); and
9   5.  The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **January 4, 2026**

Dena Coggins
United States District Judge

2